# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-2680

_____

| | | |
|---|---|---|
| Maureen C. Sewall, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Eastern District of Missouri. |
| John G. Csernansky, M.D., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: May 23, 2007
Filed: May 29, 2007

_____

Before RILEY, MAGILL, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Maureen Sewall appeals from the district court's[1] dismissal of her pro se civil complaint for lack of subject matter jurisdiction. Upon de novo review, see Osborn v. United States, 918 F.2d 724, 730 (8th Cir. 1990), we conclude that the district court correctly dismissed Sewall's complaint against Dr. Csernansky for the reasons explained by the district court.

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

Accordingly, we affirm the district court's decision.  <u>See</u> 8th Cir. R. 47B.  We also deny as moot appellee's pending motion to dismiss.

_____